# Gabriel A. Levy, P.C.

415 Red Hook Lane, Suite 6E, Brooklyn NY 11201
516-287-3458 • Glevyfirm@gmail.com

November 5, 2020

VIA ECF
Hon. Magistrate Judge Vera M. Scanlon
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    ULBIA AMERICA PINELA JURADO V. SABOR HISPANO INC. et al.
       **Docket 1:20-cv-01104-RPK-VMS**

Dear Magistrate Judge Scanlon:

    I write in furtherance of the initial pretrial conference that took place on October 15, 2020. I appeared on behalf of my partner Michael Nacmias, who was in the process of being retained by defendant Sabor Hispano, Inc. Although I advised that a notice of appearance or pro hoc vice motion would be forthcoming, defendant has elected not to retain Mr. Nacmias. Accordingly, I write to notify the Court that no such notice of appearance or pro hoc vice motion will be filed by myself or Mr. Nacmias.  I have no further information regarding defendant's representation in this matter.

    I thank this Honorable Court and Your Honor for its time and consideration.

Respectfully,

*[signature]*

Gabriel Levy, Esq.

CC: All Parties Via ECF