

# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

September 25, 2020

**Via ECF**
The Honorable Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re: **Ulbia America Pinela Jurado v. Sabor Hispano Inc. et al**
**20-cv-1104 (RPK) (VMS)**

Dear Judge Scanlon:

We represent the Plaintiff in the above-referenced matter and we submit this letter with regards to the joint proposed scheduling order due today.

On October 15, 2020, the Court ordered both parties to complete a joint proposed scheduling order to be submitted on November 25, 2020. However, on November 9, 2020, Defendants' counsel submitted a letter to the Court stating that they have not been formally retained by Defendants and would not represent Defendants. To our knowledge, Defendants are not currently represented by counsel nor has any other attorney contacted us on behalf of the Defendants.

We respectfully ask the Court for guidance on how to proceed as we are currently unable to file a joint proposed discovery plan.

We thank Your Honor for her consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

/s/
Roman Avshalumov, Esq.