UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ULBIA AMERICA PINELA JURADO, individually and
on behalf of all others similarly situated,

                                                        **NOTICE OF MOTION**

                     Plaintiff,

    -against-

                                                        20-cv-1104 (RPK)(VMS)

SABOR HISPANO INC, and PATRICIO FLORES BARRERE,
and JOSE LUIS HERNANDEZ, as individuals,

                    Defendants.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Roman Avshalumov, Esq., affirmed to the 26th day of March 2021, the Declaration of Ulbia America Pinela Jurado, sworn to on March 24, 2021, and the accompanying Memorandum of Law in Support together with all supporting exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, the undersigned on behalf of Plaintiff, will move this Court before the Honorable Rachel P. Kovner, J.S.C., at the United States District Court, the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 for an Order granting Plaintiff's Motion to Enter Default Judgment against Defendants SABOR HISPANO INC, and PATRICIO FLORES BARRERE, and JOSE LUIS HERNANDEZ, as individuals, and for such other or further relief as this Court deems proper and just.

Dated:       Kew Gardens, NY
                March 26, 2021

                                                  Roman Avshalumov, Esq. (RA 5508)
                                                  Helen F. Dalton & Associates, P.C.
                                                  *Attorneys for Plaintiff*

80-02 Kew Gardens Road, Suite 601<br>
Kew Gardens, New York 11415<br>
Telephone: 718-263-9591

**TO:**

**SABOR HISPANO INC**
**37-29 103rd STREET**
**CORONA, NY 11368**

**PATRICIO FLORES BARRERE**
**37-29 103rd STREET**
**CORONA, NY 11368**

**JOSE LUIS HERNANDEZ**
**37-29 103rd STREET**
**CORONA, NY 11368**

**SABOR HISPANO INC** (*D.O.S. SERVICE ADDRESS*)
RESTAURANT SOLUTIONS NYC INC
75 MAIDEN LANE, SUITE 903
NEW YORK, NEW YORK, 10038